UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST GODFREY LOGAN, JR., | No. 2:25-cv-2256 AC |
| Plaintiff, | |
| v. | ORDER |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff, who is proceeding in pro se, has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

This case does not involve the denial of disability benefits under the Social Security Act, but arises out of plaintiff's experience at a Social Security office in Hemet, California. ECF No. 1 at 5. Plaintiff brings claims against two receptionists/clerks at that office for violations of the

1

"Laws of Los Angeles, California" and professional negligence. Id. Plaintiff is from Los Angeles, California, and the defendant is listed with an address in Hemet, California, which is in Riverside County. ECF No. 1 at 2. Both counties involved are located within the Central District of California. Therefore, plaintiff's case should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: August 12, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE